United States Magistrate Court
JSH - SDTX
FILED

OCT 2 0 2015   DF

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

CYNTHIA GARCIA

Case No: 5:15-cr-633-4 (S)
Judge DIANA SALDAÑA

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Diana Saldaña

**PLACE:**

Courtroom 3B
United States District Court
1300 Victoria Street
Laredo, Texas

**DATE:**       Thursday, 10/22/15

**TIME:**       1:00 P.M.

**TYPE OF PROCEEDING:** Status Conference

Date: October 20, 2015

Clerk of the Court

cc:   AUSA
      JOE RUBIO