UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 5:15CR633S |
| CYNTHIA GARCIA | § § | |
| Defendant. | § | |

## UNITED STATES' UNOPPOSED MOTION FOR ORDER IMPOSING MONEY JUDGMENT

The United States moves for the entry of an order of forfeiture imposing a personal money judgment of $13,132.59 against Defendant Cynthia Garcia. The Defendant is not opposed to this motion and expressly agreed to the imposition of the money judgment in her Plea Agreement.

The United States provided notice to the Defendant in the Superseding Indictment that United States would seek to forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to the conspiracy charged in Count One. The United States also provided notice that it would seek a money judgment equal to the total value of the property subject to forfeiture.

The Defendant agreed in paragraph 23 of her Plea Agreement that the factual basis of her guilty plea supports the forfeiture of $13,132.59, and she agreed to the imposition of a personal money judgment in that amount.[1]

---

[1] Federal Rule of Criminal Procedure 32.2(b)(1)(A) provides that "[i]f the government seeks a personal money judgment, the court must determine the amount of money that the

The United States, therefore, moves the Court to impose a personal money judgment against the Defendant in the amount of $13,132.59. A proposed form of order is attached for the Court's consideration.

>Respectfully submitted,
>
>Kenneth Magidson
>United States Attorney
>Southern District of Texas
>
>By:   s/
>Rodolfo Ramirez
>Special Assistant United States Attorney

---

defendant will be ordered to pay." The Court's forfeiture determination "may be based on evidence already in the record," and the amount of the money judgment should be determined as soon as practical after a plea of guilty is accepted. FED.R.CRIM.P. 32.2(b)(1).

## Certificate of Service

On April 8, 2016 the United States electronically filed this Unopposed Motion for Order Imposing Money Judgment and provided an electronic copy to the following counsel of record for Cynthia Garcia:

Jose M. Rubio, Jr.
vruiz@joerubiolawfirm.com
Attorney for Cynthia Garcia