United States District Court
Southern District of Texas

**ENTERED**
March 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **VS.** | § | **CRIMINAL ACTION NO. 5:15-CR-633** |
| | § | |
| **LINDA ALANIZ,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

For the reasons stated at the recently-held final pretrial conference in this case, the Court now enters this amended scheduling order. The following actions must be completed by the dates indicated.

1. Objections to the Government's transcripts must be filed no later than **March 31, 2017.**

    The defendants are WARNED that any conclusory objections will be summarily stricken from the record. Any objections must be accompanied by legal authority and substantive argument and analysis. General references to seminal cases such as *Bruton* or *Crawford* will not suffice to satisfy these requirements. Instead the defendants must include citations to lower court decisions which extend and apply these cases. To focus the defendants in crafting their objections, the Court advises them to consider, for purposes of a *Bruton* or *Crawford* analysis, whether statements surreptitiously recorded by a cooperating witness are deemed to be testimonial in nature.

2. Defendant Garza must submit further briefing as to her objection to Government's Exhibit 46, Page 50 no later than **March 31, 2017.**

    Defendant Garza is WARNED as above that general references to seminal cases such as *Bruton* or *Crawford* will not suffice to satisfy the Court's briefing requirements.

3. Defendant Alaniz's objections to the Government's proposed redaction of Exhibit 65, a written statement by Defendant Garza, must be filed no later than **March 31, 2017.**

    Defendant Alaniz is WARNED as above that general references to seminal cases such as *Bruton* or *Crawford* will not suffice to satisfy the Court's

briefing requirements.

4. To the extent that Defendant Garza has any objections to the Government's proposed redaction of her written statement, Exhibit 65, such objections must also be filed no later than **March 31, 2017.**

5. The Government's response to any objections to its transcripts, Defendant Garza's briefing, and any objections to redacted Exhibit 65 must be filed no later than **April 7, 2017.**

6. Defendant Alaniz must identify any recordings she believes to be necessary to presenting her defense no later than **April 21, 2017.**

7. Defendant Alaniz must identify which witnesses she intends to subpoena for trial no later than **April 21, 2017.**

8. Any response by the Government to Defendant's recordings and intended subpoenas must be filed no later than **April 28, 2017.**

9. The final pretrial conference will be held before the undersigned on **June 1, 2017 at 9:00 a.m.**

10. Jury selection and trial will begin on **June 5, 2017 at 9:00 a.m.**

The above dates and deadlines may be modified only for good cause and with the Court's consent. Failure to file motions or raise objections in compliance with the dates and deadlines set forth in this order will result in the waiver of any such motions and objections, except upon a showing of good cause for the failure to comply. Moreover, *any opposed motions or written objections must be accompanied by an averment that counsel for the movant has in fact conferred with opposing counsel but than an agreement cannot be reached on the disposition of the motion or objections*.

IT IS SO ORDERED.

SIGNED this 27th day of March, 2017.

_____
Diana Saldaña
United States District Judge