United States District Court
Southern District of Texas
**ENTERED**
June 27, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | NO. 5:15-CR-633—04 |
| CYNTHIA GARCIA | § | |

### ORDER

On this day came to be considered Cynthia Garcia's, *Motion to Allow Defendant Permission to Travel,* and after consideration of the same, the Court is of the opinion that the same should be, and is hereby:

✓ GRANTED; The Court hereby grants permission for Defendant to travel to Converse, Indiana, from July 1, 2019, to July 13, 2019.

____ DENIED.

SIGNED ON THIS 27th day of June, 2019, in Laredo, Texas.

HON. DIANA SALDANA
PRESIDING JUDGE